THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALI YAZDCHI, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 4:15-CV-00568 |
| | § | |
| WELLS FARGO BANK, N.A. | § | |
| | § | |
| *Defendant.* | | |

### PLAINTIFF ALI YAZDCHI'S NOTICE OF APPEAL

Plaintiff Ali Yazdchi give notices of appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered by the trial court in this action on December 3, 2018, and the Summary Judgment (designated Order) entered by the trial court in this action on October 23, 2018.

Respectfully submitted,

**O'CONNOR & CRAIG**

/s/ Michael C. O'Connor
Michael C. O'Connor
State Bar No. 15187000
Email:moconnor@oconnorcraig.com
2825 Wilcrest Dr., Suite 261
Houston, Texas 77042
(713) 266 - 3311
(713) 953 - 7513 (FAX)
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on February 1, 2019, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ Michael C. O'Connor
Michael C. O'Connor
